United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANDERSON, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE, *et al.*,<br><br>    Defendants.<br>_____/<br>AARON SCHOBEL, *et al.*<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 12-06386 WHA<br><br><br><br><br><br>No. C 12-06415 WHA<br><br>**ORDER TO SHOW CAUSE WHY THE CASES SHOULD NOT BE CONSOLIDATED** |

By order dated February 22, the above-captioned actions were related and assigned to the undersigned judge. Plaintiffs in both actions are former National Football League players who filed suit to vacate an arbitration award in favor of defendants National Football League Management Council, Buffalo Bills, Denver Broncos, New York Giants and Philadelphia Eagles. The parties participated in a consolidated arbitration before Arbitrator Michael Beck, who issued one award on December 12, 2012. Defendants have filed a motion to consolidate the two actions for all purposes pursuant to Rule 42(a). The two complaints were filed on the same day and appear to be nearly identical copies of each other, albeit brought by different plaintiffs.

Defendants assert that plaintiffs do not oppose consolidation, but have not submitted any evidence in support of this statement.

Given the similarity of the two complaints, the Court is inclined to grant defendants' motion for consolidation for all purposes. Plaintiffs are hereby ordered to respond to the motion stating whether or not they oppose consolidation and, if they oppose, their reasons therefor. Plaintiffs' response(s) are due by **FEBRUARY 27 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2