IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANDERSON, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE, *et al.*,<br><br>    Defendants.<br>―――――――――――――――――――/<br>AARON SCHOBEL, *et al.*<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE, *et al.*,<br><br>    Defendants.<br>―――――――――――――――――――/ | No. C 12-06386 WHA<br><br><br><br><br><br>No. C 12-06415 WHA<br><br><br><br>**ORDER CONSOLIDATING CASES** |

By order dated February 25, plaintiffs were ordered to respond to defendants' motion for consolidation for all purposes. Plaintiffs' response was due by February 27. That deadline has passed, and no response was received. Accordingly, and for the reasons stated in the February 25 order, defendants' motion for consolidation is **GRANTED**. The lead action will be Case No. 12-6386.

**IT IS SO ORDERED.**

Dated: February 28, 2013.

　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE