IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANDERSON, JOE BURNS, MARK CAMPBELL, JAMES COTTON, KAHLIL HILL, ERICK KING, JERREL MYERS, P.K. SAM, MARK WORD, ROC ALEXANDER, MATTHIAS ASKEW, STEVE CARGILE, MARCO COLEMAN, PAUL ERNSTER, QUENTIN HARRIS, T.J. HOLLOWELL, KENARD LANG, GLENN MARTINEZ, ALVIN MCKINLEY, CHAD MUSTARD, DARRELL REID, JACOB ROGERS, NATE WEBSTER, JAMIE INBORN, KENDRICK ALLEN, TIM CARTER, SAMMY KNIGHT, BOB WHITFIELD, BRANDON CHILDLESS, JEROME MCDOUGLE, TODD PINKSTON, J.R. REED, ISAIAH REESE, and THOMAS TAPEH,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, BUFFALO BILLS, DENVER BRONCOS, NEW YORK GIANTS, and PHILADELPHIA EAGLES,<br><br>Defendants/Respondents. | No. C 12-06386 WHA<br><br>Consolidated with:<br><br>No. C 12-06415 WHA<br>No. C 13-00882 WHA<br><br>**TENTATIVE CASE MANAGEMENT ORDER** |

At tomorrow's case management conference, the Court tentatively plans to set the following schedule:

| | |
|---|---|
| April 25, 2013 | Motion to Enforce (total 25 pages) |
| May 9, 2013 | Opposition to Motion to Enforce and Motion to Vacate (total 25 pages) |

| | |
|---|---|
| May 16, 2013 | Reply to Motion to Enforce and Opposition to Motion to Vacate (fifteen pages) |
| May 23, 2013 | Reply to Motion to Vacate (fifteen pages) |
| June 8, 2013 | Hearing (if needed) |

Please be prepared to address.

**IT IS SO ORDERED.**

Dated: April 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2