UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANDERSON, *et al.*, | No. C-12-06386 WHA (DMR) |
| Plaintiffs, | **ORDER STRIKING SETTLEMENT CONFERENCE STATEMENT** |
| v. | |
| NATIONAL FOOTBALL LEAGUE, *et al.*, | |
| Defendants. | |

On June 11, 2013, Defendants e-filed their Settlement Conference Statement (Docket No. 68), in violation of the undersigned's April 17, 2013 Notice of Settlement Conference and Settlement Conference Order. That order provided that settlement conference-related documents shall be LODGED with the court, not filed in the public record. [*See* Docket No. 53 (Apr. 17, 2013 Order) at (B).] Accordingly, the document e-filed as Docket No. 68 is hereby stricken. The Clerk is directed to remove the document from the docket.

IT IS SO ORDERED.

Dated: June 12, 2013

DONNA M. RYU
United States Magistrate Judge