UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANDERSON, ET AL, | No. C-12-06386-WHA  (DMR) |
| Plaintiff(s), | **CONSOLIDATED WITH:**<br>No. C-12-06415-WHA  (DMR) |
| v. | No. C-13-00882-WHA  (DMR) |
| NATIONAL FOOTBALL LEAGUE, | **ORDER RE: SEALED TRANSCRIPT** |
| Defendant(s). | |

On July 8, 2013, the undersigned held a further telephonic settlement conference in the above consolidated matters, and a confidential agreement was placed on the record following that day's conference. The undersigned hereby ORDERS that any transcript of that proceeding be filed and maintained under seal.

However, the court reporters are directed to provide counsel for any party in this matter with a transcript of that day's proceedings upon their request and without further order.

IT IS SO ORDERED.

Dated: July 8, 2013

DONNA M. RYU
United States Magistrate Judge