UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANDERSON, ET AL, | No. C-12-06386-DMR |
| Plaintiff(s), | |
| v. | |
| NATIONAL FOOTBALL LEAGUE, ET AL, | |
| Defendant(s). | |

| | |
|---|---|
| AARON SCHOBEL, ET AL, | No. C-12-06415-DMR |
| Plaintiff(s), | |
| v. | |
| NATIONAL FOOTBALL LEAGUE, ET AL, | |
| Defendant(s). | |

| | |
|---|---|
| LARRY CENTERS, ET AL, | No. C-13-00882-DMR |
| Plaintiff(s), | |
| v. | |
| NATIONAL FOOTBALL LEAGUE, ET AL, | **ORDER RE: JOINT STATUS LETTER** |
| Defendant(s). | |

By September 30, 2013, all parties in these three related cases, with the exception of Plaintiff Sean Berton, shall submit (but not file) a brief joint letter updating Magistrate Judge Ryu on the status of the confidential settlements entered on the record on July 8, 2013.

IT IS SO ORDERED.

Dated: July 22, 2013

_____
DONNA M. RYU
United States Magistrate Judge