UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANDERSON, *et al.*, | No. C-12-06386 DMR |
| Plaintiffs, | CONSOLIDATED WITH:<br>No. C-12-06415 DMR |
| v. | No. C-13-00882 DMR |
| NATIONAL FOOTBALL LEAGUE, *et al.*, | **ORDER RE STATUS OF SETTLEMENT** |
| Defendants. | |
| _____/ | |

By December 13, 2013, all parties in these three related cases shall submit (but not file) a brief joint letter updating the undersigned on the status of the confidential settlements entered on the record on July 8, 2013. The parties may submit the letter via email to dmrpo@cand.uscourts.gov.

IT IS SO ORDERED.

Dated: October 3, 2013

_____
DONNA M. RYU
United States Magistrate Judge