UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANDERSON, *et al.*, | No. C-12-06386 DMR |
| Plaintiffs, | CONSOLIDATED WITH:<br>No. C-12-06415 DMR |
| v. | No. C-13-00882 DMR |
| NATIONAL FOOTBALL LEAGUE, *et al.*, | **ORDER RE STATUS OF SETTLEMENT** |
| Defendants. | |

The court is in receipt of the parties' December 13, 2013 joint status letter. Plaintiffs' counsel shall provide defense counsel with all dismissals and evidence required by the settlement agreement by no later than January 21, 2014. The parties shall submit a joint letter updating the court regarding the status of the settlement agreement by no later than February 21, 2014 via email to dmrpo@cand.uscourts.gov.

IT IS SO ORDERED.

Dated: December 20, 2013

DONNA M. RYU
United States Magistrate Judge