1  MARGARET R. PRINZING, State Bar No. 209482
   REMCHO, JOHANSEN & PURCELL, LLP
2  201 Dolores Avenue
   San Leandro, CA 94577
3  Phone: (510) 346-6200
   Fax: (510) 346-6201
4  Email: mprinzing@rjp.com

5  Please see signature page for plaintiffs/petitioners represented.

6  PATRICK N. NAMANNY, State Bar No. 092969
   THOMAS J. BYRNE, State Bar No. 179984
7  MEL T. OWENS, State Bar No. 226146
   NAMANNY, BYRNE & OWENS
8  24411 Ridge Route Drive, Suite 135
   Laguna Hills, CA 92653
   Phone: (949) 452-0700
9  Fax: (949) 452-0707
   Email: pnamanny@nbolaw.com, tbyrne@nbolaw.com,
10         mowens@nbolaw.com

11 Attorneys for Plaintiffs/Petitioners
   Larry Centers, Tim Euhus, Mike Pucillo, Troy Vincent, Tatum Bell,
12 Ebenezer Ekuban, Luther Elliss, Vernon Fox, Kevin House, Wesley Mallard,
   Alvin McKinley, Edell Shepherd, Ronald Brent Alexander, Jack Brewer,
13 Sammy Knight, Keith Adams, Levon Kirkland, Dorsey Levens, Daryl Whittington,
   Ben Hamilton, Michael Myers, and Roman Phifer

14 RONALD J. MIX, State Bar No. 49663
   LAW OFFICES OF RONALD J. MIX
15 409 Camino Del Rio South, Suite 101
   San Diego, CA 92108
16 Phone: (619) 688-9630
   Fax: (619) 688-9604
17 Email: ronmix@allsportslaw.com

18 Attorneys for Plaintiffs/Petitioners
   Matt Bowen, Billy Conaty, Marco Coleman, Norm Katnick,
19 Quincy Morgan, Scott Peters, and Paul Grasmanis

20 MODESTO DIAZ, State Bar No. 110469
   CHRISTOPHER C. GINOCCHIO, State Bar No. 150492
21 LEVITON, DIAZ & GINOCCHIO
   2700 North Main Street, Suite 200
22 Santa Ana, CA 92705
   Phone: (714) 835-1404
23 Fax: (714) 558-8419
   Email: mdiaz@ldglaw.com, chrisg@ldglaw.com

24 Attorneys for Plaintiffs/Petitioners
   Victor Abiamiri, Charlie Adams, Sam Adams, Bradford "Brad" Banta,
25 Mike Bartrum, Eric Bassey, Jason Bell, Mitch Berger, Sean Berton, Sam Brandon,
   Terrell "Douglas" Buckley, Joe Burns, Mark Campbell, Daniel Clark, Rashard Cook,
26 Hugh Douglas, Ebenezer Ekuban, James Finn, Antonio Freeman, Amon Gordon,
   Ellis Hobbs, Kelly "Brian" Holcomb, Rob Johnson, DeAndre "DD" Lewis,
27 Marlon McCree, Thomas Nalen, Martin Nance, Ryan Neufield, Morianton "Anton"
   Palepoi, Jacob Rogers, Christopher "Grey" Ruegamer, Mike Schneck, Paul Smith,
28 Donnie Spragan, David Terrell, Anthony Thomas, Larry Tripplett, Marviel Underwood,
   Jason Welbourn, Jason Whittle, Jamal Williams, and Shaun Williams

FILED

MAR 11 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

[~~PROPOSED~~] ORDER – NO. 12-cv-06386 DMR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COURTNEY ANDERSON, *et al.*, <br><br> Plaintiffs/Petitioners, <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, *et al.*, <br><br> Defendants/Respondents. | No.: 12-cv-06386 DMR |
| AARON SCHOBEL, *et al.*, <br><br> Plaintiffs/Petitioners, <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, *et al.*, <br><br> Defendants/Respondents. | No. 12-cv-06415 DMR |
| LARRY CENTERS, *et al.*, <br><br> Plaintiffs/Petitioners, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, *et al.*, <br><br> Defendants/Respondents. | No. 13-cv-00882 DMR <br><br> [~~PROPOSED~~] **ORDER** |

[~~PROPOSED~~] ORDER – NO.: 12-CV-06386 DMR

Upon considering the parties' request to continue the deadline for the parties to serve and lodge (but not file) simultaneous briefs on remaining disputed player claims from March 13, 2014 to April 10, 2014,

IT IS HEREBY ORDERED THAT:

The deadline to serve and lodge (but not file) simultaneous briefs on remaining disputed player claims is hereby continued from March 13, 2014 to April 10, 2014.

DATED:   3/11/2014

_____
DONNA M. RYU
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER – NO.: 12-CV-06386 DMR        1