United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANDERSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, et al.,<br><br>    Defendants. | Case No. 12-cv-06386-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant National Football League Management Council filed a Motion for Contempt as to Plaintiff Sammy Knight on June 23, 2022. [Docket No. 102.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on July 7, 2022, but no such opposition has been received. <u>Plaintiff Sammy Knight is ordered to respond by July 22, 2022 and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on July 28, 2022 is VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiff does not respond by July 22, 2022, Defendant's motion may be granted.

**IT IS SO ORDERED.**

Dated: July 14, 2022



Donna M. Ryu
United States Magistrate Judge